The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H., an individual; C.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SECRET HARBOR, a non-profit corporation,<br><br>Defendant. | No. 2:23-CV-00060-BJR<br><br>ORDER GRANTING DEFENDANT SECRET HARBOR'S MOTION TO EXTEND TIME TO FILE ANSWER |

**I.   ORDER**

his matter comes before the Court on Defendant's Motion to Extend Time to File Answer. The Court has considered the pleadings filed, and the remainder of the file herein, and hereby finds that there was excusable neglect for the delay in defendant filing its Answer.

Therefore, it is ORDERED that Defendant's Motion to Extend Time to File Answer is hereby GRANTED.

DATED this 22nd day of February, 2023.

_Barbara J Rothstein_
_____
The Honorable Barbara J. Rothstein

ORDER GRANTING SECRET HARBOR'S
MOTION TO EXTEND TIME TO FILE ANSWER -
1
Case No. 2:23-CV-00060-BJR