UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H, an individual, and C.D., an individual,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SECRET HARBOR, a non-profit corporation;<br><br>                    Defendant. | CASE NO. 2:23-cv-60<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: This matter comes before the Court on Defendant Secret Harbor's Motion for Relief From Scheduling Order Deadlines and Continuance of Trial Date. Dkt. No. 80. The Court GRANTS, in part, and DEFERS, in part, ruling on the motion.

  The Court STRIKES the deadlines for discovery motions and rebuttal expert disclosures from its June 26, 2023, Scheduling Order. Dkt. No. 17. The Court will hold a hearing on Secret Harbor's motion to continue and other pending motions and will consider new case scheduling deadlines at that time.

MINUTE ORDER - 1

The Court directs the Parties to contact Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov, to schedule an in-person hearing to occur on or before January 19, 2024. At the hearing, the Court will address Defendant's Motion to Dismiss for Forum Non Conveniens (Dkt. No. 32), Plaintiffs' Motion to Compel (Dkt. No. 33), Defendant's Motion for Protective Order (Dkt. No. 59), Defendant's Motion for Relief From Deadline or Alternatively Leave to File Response Out of Time (Dkt. No. 70), and Defendant's Motion for Relief from Scheduling Order Deadlines and Continuance of Trial Date (Dkt. No. 80).

Dated this 22nd day of December 2023.

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2