# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| O.H., an individual; C.D., an individual, | CASE NO. 2:23-cv-60 |
|---|---|
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER DEADLINES |
| v. | |
| SECRET HARBOR, a non-profit corporation, | |
| Defendant. | |

On January 26, 2023, the Court granted Defendant's Motion for Relief from Scheduling Order. Dkt. No. 80. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial date and modified deadlines are set forth as follows:

| **Deadline** | **Schedule** |
|---|---|
| Jury Trial Begins | December 16, 2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 20, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (see LCR 7(d)) | June 20, 2024 |

ORDER MODIFYING SCHEDULING ORDER DEADLINES - 1

| Deadline | Schedule |
|---|---|
| Discovery completed by | July 19, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | August 19, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | October 17, 2024 |
| All motions in limine must be filed by (*See* LCR 7(d)) | November 6, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | November 25, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | November 25, 2024 |
| Pretrial Conference | December 9, 2024 |

Dated this 1st day of February, 2024.

Jamal N. Whitehead
United States District Judge