UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H., an individual, and C.D., an individual,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SECRET HARBOR, a non-profit corporation,<br><br>                    Defendant. | CASE NO. 2:23-cv-60<br><br>ORDER |

This matter comes before the Court on Defendant Secret Harbor's Motion for Clarification on the Court's Order Granting Plaintiffs' Motion to Compel Discovery. Dkt. Nos. 98, 101. As is the case here, "motions for clarification are appropriate when parties are uncertain about the scope of a ruling or when the ruling is reasonably susceptible to differing interpretations." *See N. Alaska Env't Ctr. v. Haaland*, No. 3:20-CV-00187-SLG, 2023 WL 3661998, at *3 (D. Alaska May 25, 2023).

The Court granted Plaintiffs' Motion to Compel Discovery, including Request for Production 10, regarding documents related to Markel Insurance Company's declaratory judgment action against Secret Harbor. *See* Dkt. No. 98. "Secret Harbor

ORDER - 1

1  requests clarification of the Court's Order as it relates to the portion of the request
2  regarding, 'all communications exchanged between Markel Insurance Company and
3  Secret Harbor, and/or their respective attorneys.'" Dkt. No. 101 at 2.
4    The Court clarifies that Secret Harbor is not required to produce
5  communications exchanged between Markel and Secret Harbor and/or their
6  respective attorneys.
7    Dated this 16th day of February, 2024.

                                             Jamal N. Whitehead
                                             United States District Judge