UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H., an individual; C.D., an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SECRET HARBOR, a non-profit corporation, <br><br> Defendant. | CASE NO. 2:23-cv-60 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: Plaintiffs moved for an order to show cause why non-party Philip Gere should not be held in contempt under Rule 45(g) for his failure to obey an allegedly properly issued subpoena. Dkt. No. 108. Under Rule 45(g), a court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Fed. R. Civ. P. 45(g). The Court understands that Gere did not attend his scheduled deposition on January 16, 2024, and would like to hear his side of the story.

Accordingly, the Court ORDERS Gere or his counsel to attend the motion hearing set for March 21, 2024, at 9:00 a.m. via Zoom to explain why he should not

MINUTE ORDER - 1

be held in contempt for his failure to obey the subpoena. The Court will determine appropriate sanctions, if any, and address any remaining issues at the hearing.

The Court ORDERS the parties to work collaboratively to ensure Gere receives a copy of this Order and the Zoom login information needed to appear remotely for the hearing.

Dated this 19th day of March 2024.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2