UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H., an individual; C.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SECRET HARBOR, a non-profit corporation,<br><br>Defendant. | CASE NO. 2:23-cv-60<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Court DENIES Plaintiffs' Motion for Protective Order Regarding the Deposition of Plaintiff O.H. Dkt. No. 103. The Federal Rules of Civil Procedure control the parameters for this deposition and the Court is here to resolve any disputes during the deposition that the parties cannot resolve on their own. The Court reserves ruling on Plaintiffs' Motion for an Order to Show Cause Hearing and Finding of Contempt or, in the Alternative, to Compel Deposition of Nonparty Phil Gere. Dkt. No. 108. The parties and Gere must work cooperatively to schedule and complete Gere's deposition, which should take place by the end of next month.

MINUTE ORDER - 1

Dated this 21st day of March 2024.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/Kathleen Albert*</u>

Deputy Clerk

MINUTE ORDER - 2