The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H., an individual; C.D., an individual,<br><br>                    Plaintiffs,<br>     v.<br><br>SECRET HARBOR, a non-profit corporation,<br><br>                    Defendant. | CASE NO. 2:23-CV-00060-JNW<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND EXPERT DESIGNATION AND REBUTTAL EXPERT DESIGNATION DEADLINES** |

    This matter comes before the Court on the Defendant's Unopposed Motion to Extend Expert Designation and Rebuttal Expert Designation Deadlines. The Court having considered the Motion, together with the exhibits and arguments of counsel, if any, the Court hereby finds that there are grounds sufficient to grant Defendant's Unopposed Motion to Extend Expert Designation and Rebuttal Expert Designation Deadlines.

    Therefore, it is ORDERED, that Defendant's Unopposed Motion to Extend Expert Designation and Rebuttal Expert Designation Deadlines is hereby GRANTED.

    It is further ORDERED that the Court's Order Modifying Scheduling Order Deadlines[1] be modified, as follows:

---

[1] (Dkt. 100).

| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 28, 2024 |
|---|---|
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | June 27, 2024 (or Within 30 days after the other party's expert disclosure) |

DATED this 17th day of May, 2024.

_____
Jamal N. Whitehead
United States District Judge

- 2

Presented by:

*/s/ Barry A. Moscowitz*
Barry A. Moscowitz
Texas State Bar No. 24004830
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, Suite 2500
Dallas, TX 75201
(214) 871-8200
bmoscowitz@thompsoncoe.com

and

Christopher Keay
WSBA No. 13143
JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP
2115 N. 30th St., Ste. 101
Tacoma, WA 98403-3318
(253) 572-5323
ckeay@JGKMW.com

**ATTORNEYS FOR DEFENDANT SECRET HARBOR**