UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H., an individual; C.D., an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SECRET HARBOR, a non-profit corporation, <br><br> Defendant. | CASE NO. 2:23-cv-00060-JNW <br><br> ORDER RESETTING TRIAL DATE AND PRETRIAL CONFERENCE |

Due to the need to manage its docket, the Court ORDERS:

- The present trial date of December 16, 2024, is STRICKEN. The Court proposes March 31, 2025, as the new trial date.

- If the proposed trial date is unworkable for the parties, they may propose a new trial date commencing any time after March 31, 2025, after meeting and conferring. If the parties cannot agree on an alternative trial date or range of dates, they must identify the dates on which trial counsel may have conflicts that should be considered in setting a new trial date. The parties must submit any such proposal within seven (7) days of this order.

**ORDER** RESETTING TRIAL DATE AND PRETRIAL CONFERENCE - 1

- For now, all remaining pretrial deadlines are STRICKEN. The Court will set new pretrial deadlines, including a new pretrial conference date, once a new trial date is set.

Dated this 8th day of November, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** RESETTING TRIAL DATE AND PRETRIAL CONFERENCE - 2