UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H, an individual, and C.D., an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>SECRET HARBOR, a non-profit corporation;<br><br>  Defendant. | CASE NO. 2:23-cv-00060-JNW<br><br>ORDER |

On October 29, 2024, the Court granted Plaintiffs' Motion to Compel and ordering that Secret Harbor pay the reasonable costs incurred by Plaintiffs "for (1) obtaining a court reporter for Secret Harbor's first deposition in this matter, (2) obtaining the transcript for that deposition, and (3) reasonable attorney fees incurred in filing this motion and the corresponding reply brief." Dkt. No. 173. The Court ordered Plaintiffs to submit a fee petition, which Plaintiffs have done via their Motion for Attorney Fees and Costs (Dkt. No. 180).

Defendants did not challenge the reasonableness of the award. And upon review of the motion and accompanying exhibits the Court finds that the fees and

ORDER - 1

costs are reasonable given the prevailing market rates in the community. *See Gonzalez v. City of Maywood*, 729 F.3d 1196, 1205 (9th Cir. 2013). Accordingly, the Court AWARDS Plaintiffs $1,580.10 in costs and $3,170.00 in attorneys' fees and ORDERS Defendants to pay the same by May 7, 2025.

Dated this 29th day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2