UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H., an individual; C.D., an individual, <br><br> Plaintiff, <br><br> v. <br><br> SECRET HARBOR, a non-profit corporation, <br><br> Defendant. | CASE NO. 2:23-cv-00060-JNW <br><br> ORDER |

On June 13, 2025, Skagit County Superior Court granted a receivership to Secret Harbor. Dkt. No. 237. On June 23, 2025, the Court ordered Plaintiffs to show cause why this case should not remain stayed in its entirety during the pendency of Secret Harbor's receivership proceedings in Skagit County Superior Court. Dkt. No. 239.

An automatic stay applies to a "judicial, administrative, or other action or proceeding against the person whose property the receiver is appointed that was or could have been commenced before the entry of the order of appointment, or to recover a claim against the person that arose before the entry of the order of appointment[.]" RCW 7.60.110. This action is covered by the automatic stay, which

**ORDER** - 1

expires on August 12, 2025. Accordingly, this case REMAINS STAYED in its entirety. The parties are ORDERED to file a joint status report within 14 days of the termination of the receivership proceedings or by August 13, 2025, whichever is earlier.

Dated this 15th day of July, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2