The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.H. an individual, C.D., an individual,<br><br>Plaintiffs,<br>v.<br><br>SECRET HARBOR, a non-profit corporation;<br><br>Defendant. | NO. 2:23-cv-00060-JNW<br><br>**COUNSEL FOR DEFENDANT SECRET HARBOR'S SUPPLEMENT TO JOINT STATUS REPORT [DKT. NO. 253]** |

**COUNSEL FOR DEFENDANT SECRET HARBOR'S
SUPPLEMENT TO JOINT STATUS REPORT**

The Parties filed their joint status report on January 12, 2026. The following day, counsel for Defendant Secret Harbor learned that an additional mediation has been scheduled for January 29, 2026 in the Secret Harbor Receivership Action. Additionally, on January 15, 2026, counsel for Defendant Secret Harbor received the email attached hereto as Exhibit A containing a "proposal to streamline litigation of Plaintiff Creditors' proofs of claim." Counsel for Defendant Secret Harbor hereby advises the Court of this additional information.

COUNSEL FOR DEFENDANT SECRET HARBOR'S SUPPLEMENT
TO JOINT STATUS REPORT – 1

Thompson, Coe,
Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
(214) 871-8275

**DATED** this 16th day of January 2026, at Dallas, Texas.

*The undersigned counsel certify that this Joint Status Report contains 388 words in compliance with the local rules of this Court.*

Respectfully Submitted,

*Barry A. Moscowitz*
Barry A. Moscowitz
Texas State Bar No. 24004830
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, Suite 2500
Dallas, TX 75201
(214) 871-8200
bmoscowitz@thompsoncoe.com

and

Christopher Keay
WSBA No. 13143
JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP
2115 N. 30th St., Ste. 101
Tacoma, WA 98403-3318
(253) 572-5323
ckeay@JGKMW.com

**ATTORNEYS FOR DEFENDANT SECRET HARBOR**

---

**COUNSEL FOR DEFENDANT SECRET HARBOR'S SUPPLEMENT TO JOINT STATUS REPORT – 2**

Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
(214) 871-8275

# CERTIFICATE OF SERVICE

I hereby certify that on the date signed below, I caused to be served in the manner indicated a true and accurate copy of the foregoing, **COUNSEL FOR DEFENDANT SECRET HARBOR'S SUPPLEMENT TO JOINT STATUS REPORT [Dkt. No. 253]**, by the method indicated below and addressed to the following:

| | |
|---|---|
| *Counsel for Plaintiffs*<br>Darrell L. Cochran<br>Pfau Cochran Vertetis Amala PLLC<br>909 A St Ste 700<br>Tacoma WA 98402<br>darrell@pcvalaw.com | ☐ U.S. Mail   ☐ Overnight<br>☐ Hand Delivery   ☒ E-mail/E-Service<br>☐ Facsimile   ☐ Messenger |
| *Counsel for Secret Harbor*<br>Jesus Miguel Palomares<br>Miller Nash LLP<br>605 5th Ave S, Ste 900<br>Seattle, WA 98104<br>Jesus.palomares@millernash.com | ☐ U.S. Mail   ☐ Overnight<br>☐ Hand Delivery   ☒ E-mail/E-Service<br>☐ Facsimile   ☐ Messenger |

Signed this 16th day of January, 2026, at Dallas, Texas.

*/s/ Kenna O' Flannigan*
Kenna O'Flannigan

**COUNSEL FOR DEFENDANT SECRET HARBOR'S SUPPLEMENT TO JOINT STATUS REPORT – 3**

Thompson, Coe,
Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
(214) 871-8275

# EXHIBIT A

**Donohue, Todd C.**



**From:** James Beck <James@bcglawyers.com>
**Sent:** Thursday, January 15, 2026 3:42 PM
**To:** Conner Morgan <connerm@schweetlaw.com>; Sumeer Singla <ssingla@freybuck.com>; 'Darrell L. Cochran' <darrell@pcvalaw.com>; 'aulmer@pcvalaw.com' <aulmer@pcvalaw.com>; 'Alexander G. Dietz' <adietz@pcvalaw.com>; 'Mount, Carrie' <carolyn.mount@millernash.com>; 'don.scaramastra@millernash.com' <don.scaramastra@millernash.com>; Swanson, Tristan <Tristan.Swanson@MillerNash.com>; 'alex.potente@clydeco.us' <alex.potente@clydeco.us>; 'douglas.whitaker@clydeco.us' <douglas.whitaker@clydeco.us>; 'stevencaplow@dwt.com' <stevencaplow@dwt.com>; 'McCullough, Hugh' <hughmccullough@dwt.com>; Karen Linde <karenl@schweetlaw.com>; 'laurendorsett@dwt.com' <laurendorsett@dwt.com>; Robert, Jenna (ATG) <jenna.robert@atg.wa.gov>; Kirk Davis <kirk@kirkdavislaw.com>; Eric Gilman <Eric@bcglawyers.com>; Mark Mills <mmills@bpmlaw.com>; Sean Paulich <spaulich@bpmlaw.com>; Ryan J. Hesselgesser <rhesselgesser@foum.law>; Kevin M. Hastings <kevin@pcvalaw.com>; Jessica Meadows <jmeadows@pcvalaw.com>; Laura Neal <laura@pcvalaw.com>; Katie Hedger <khedger@pcvalaw.com>; Tom Linde <tomlinde@schweetlaw.com>; Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Travis Escame <TravisE@schweetlaw.com>; Chris Keay <ckeay@jgkmw.com>; Meg Price <mprice@freybuck.com>; Tony Dondero <tdondero@freybuck.com>; Manish Borde <mborde@bordelaw.com>; Michael M. Sperry <michaels@schweetlaw.com>; Ulrich, Nicholas (ATG) <nicholas.ulrich@atg.wa.gov>; Terri A. Sutton <terri.sutton@kennedyslaw.com>; Kimberly J. Waldbaum <KWaldbaum@kbmlawyers.com>
**Cc:** Manish Borde <mborde@bordelaw.com>; Desiree Williams <Desiree@bcglawyers.com>; Jenifer Buclaw <Jen@bcglawyers.com>
**Subject:** In the Receivership of Secret Harbor - 25-2-00509-29 - Draft Proposal to Resolve Plaintiff Creditor Claims

On December 5, 2025, the Receiver's Report to the Superior Court referenced a proposal to streamline litigation of the Plaintiff Creditors' proofs of claim. Since that time, the Receiver has worked with the Plaintiff Creditors to develop a process to address their proofs of claim in a manner that will conserve Receivership Estate assets and present a reduced burden on the Courts.

You are receiving this email because you represent a potentially interested party. If you have any proposed revisions or changes to the agreement, please detail those in writing for consideration. **Please provide any written feedback no later than next Thursday, January 22, 2026**.

After considering any comments, the Receiver intends to file a motion for Court approval.

The draft proposal is as follows:

1. The use and selection of a single neutral arbitrator between Paris Kallas, Keith Kubik, and Virginia DeCosta to be determined based on interest and availability.

2. An opportunity for each claimant to provide a five-page claim summary, supporting documents, and any expert report.

3. An opportunity for any interested party, such as insurers or other creditors, to provide a five-page opposition, supporting documents, and expert report.

4. A one-hour maximum interview per claimant by Zoom.  The questioning will be led by the arbitrator or Receiver's legal counsel based on the discretion of the arbitrator, with the ability of interested parties and counsel to observe.

5. A global single hearing for both claimants and interested parties where all claimants and interested parties would have an opportunity to make argument regarding awards.

6. A final and binding decision on validity and value of each proof of claim, issued by arbitrator along with a determination of timing of abuse if necessary for insurance coverage or allocation purposes.

7. Costs of arbitration to be determined after consideration of insurance coverage for defense expenses.

8. Allowed proofs of claims for claimant O.H. in the amount of $6.5 million and C.D. in the amount of $7.5 million, considering both matters were vetted and in the process of trial at the time the Receivership was initiated.

Thank you

James W. Beck
Attorney



705 S. Ninth St., Suite 305, Tacoma, WA 98405
james@bcglawyers.com |D 253.289.5122

2