THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| O.H., an individual; C.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SECRET HARBOR, a non-profit corporation,<br><br>Defendant. | Cause No.: 2:23-cv-00060-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO JOIN EXISTING PROTECTIVE ORDER |

THIS MATTER, having come before this Court on the parties' Stipulated Motion to Join Existing Protective Order, the Court having reviewed the pleadings and files in this matter, specifically including the Stipulated Motion to Join Existing Protective Order, and being otherwise fully advised in this matter;



**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Intervening Insurers shall be joined in and bound by the Stipulated Protective Order previously entered in this matter at Dkt. 20.

DONE this 20th day of October 2026.



THE HONORABLE JAMAL N. WHITEHEAD

Presented by:

BAKER STERCHI COWDEN & RICE, LLC

By: *s/ Megan M. Coluccio*
MEGAN M. COLUCCIO, WSBA #44178
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
Tel: (206) 957-9669
Fax: (206) 352-7875
Email: megan.coluccio@bakersterchi.com
*Attorney for Intervening Insurers*

PFAU COCHRAN VERTETIS AMALA

By: *s/ Alexander G. Dietz (per e-mail authorization)*
Darrell L. Cochran, WSBA #22851
Kevin M. Hastings, WSBA #42316
Andrew S. Ulmer, WSBA #51227
Alexander G. Dietz, WSBA #54842
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799
Fax: (253) 627-0654
darrell@pcvalaw.com;
kevin@pcvalaw.com;
aulmer@pcvalaw.com;
adietz@pcvalaw.com
*Counsel for Plaintiffs*